UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No. 5:26-cv-02839 DSR  Date: October 16, 2026

Title R.N.G. v. FERETI SEMAIA, ET AL.

---

Present: The Honorable: Daniel S. Roberts, United States Magistrate Judge

| L. Krivitsky | n/a |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiff(s)/Petitioner(s): | Attorneys Present for Defendant(s)/Respondent(s): |
| None present | None present |

**Proceedings:** (IN CHAMBERS) **ORDER RESCHEDULING HEARING ON PETITIONER'S MOTION FOR ATTORNEYS' FEES**

On October 15, 2026, Petitioner filed a Notice of Motion and Motion for Attorneys' Fees and Costs Pursuant to the Equal Access to Justice Act. See Doc. No. 17.

Pursuant to Local Rule 6-1, a "notice of motion shall be filed with the Clerk not later than twenty-eight (28) days before the date set for hearing, and shall be served on each of the parties electronically or, if excepted from electronic filing, either by deposit in the mail or by personal service."

Petitioner noticed the Motion for hearing on November 10, 2026. See Doc. No. 17 at 1. November 10th is less than 28 days from the October 15th filing and service of the Motion; thus, the Motion is untimely. Rather than striking the Motion on that basis, the Court sua sponte orders the hearing continued to **November 17, 2026, at 10:00 a.m.** Opposition and Reply papers are due based on that hearing date pursuant to Local Rules 7-9 and 7-10.

**IT IS SO ORDERED.**

:

**Initials of Preparer** LK